UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| C.Y., a minor, by and through his Guardian ad Litem, BRIDGET YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER MEDICAL GROUP, et al.,<br><br>Defendants. | No. 2:25-cv-1351 WBS JDP<br><br><br>ORDER |

----oo0oo----

The parties appeared for a scheduling conference on September 8, 2025.  Pursuant to discussions during that conference, the following briefing and hearing schedule is hereby set:

The United States shall file its motion to dismiss based on derivative jurisdiction on or before **September 17, 2025.**

Cross claimant Sutter Valley Hospitals shall file its opposition on or before **October 8, 2025.**

The United States shall file its reply on or before

1

1  **October 17, 2025.**
2             The motion is set for hearing on **November 10, 2025 at**
3  **1:30 P.M.** in Courtroom Five.
4             Pursuant to the agreement of the parties, the status
5  conference is hereby reset for **November 10, 2025 at 1:30 p.m.** in
6  Courtroom Five, to be held at the same time as the motion
7  hearing.  All other matters addressed in the scheduling
8  conference are continued to that date.
9             IT IS SO ORDERED
10 Dated:  September 8, 2025
                                  WILLIAM B. SHUBB
11                                UNITED STATES DISTRICT JUDGE