ERIC GRANT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.Y., a minor, by and through his Guardian ad Litem, BRIDGET YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER MEDICAL GROUP; SUTTER MEDICAL FOUNDATION; SUTTER DAVIS HOSPITAL; ZOE TILTON, M.D.; HENRY KING, M.D.; VICTOR TUBBESING, M.D.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-1351 WBS JDP<br><br>ORDER FOR A CONTINUANCE OF THE OCTOBER 17, 2025, DEADLINE TO REPLY TO SUTTER'S OPPOSITION TO THE MOTION TO DISMISS IN LIGHT OF LAPSE OF APPROPRIATIONS |
| SUTTER VALLEY HOSPITALS dba SUTTER DAVIS HOSPITAL,<br><br>Cross-Complainant,<br><br>v.<br><br>THE UNITED STATES,<br><br>Cross-Defendants. | |

Based on the parties' stipulation and good cause appearing, the court hereby orders as follows:

If the government re-opens on or before <u>Monday, October 13</u>, then the reply will be timely filed by the current deadline of October 17, 2025. If the government is not open by October 13, the United

Order for a Continuance                1

States' reply brief shall be <u>due on Monday, November 3, 2025.</u> If Congress has not restored appropriations to the Department by the end of October the court understands that counsel may need to request additional extensions, including on other impacted deadlines in this case.

    IT IS SO ORDERED.

Dated:  October 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE