1  ERIC GRANT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States
6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 | C.Y., a minor, by and through his Guardian ad Litem, BRIDGET YOUNG, | CASE NO. 2:25-cv-1351 WBS JDP |
11 | | |
   | Plaintiff, | ORDER GRANTING THE STIPULATION TO CONTINUE THE NOVEMBER 3, 2025, REPLY DEADLINE AND NOVEMBER 10, 2025 HEARING FOR ONE MONTH BECAUSE OF THE LAPSE IN GOVERNMENT APPROPRIATIONS |
12 | v. | |
13 | | |
   | SUTTER MEDICAL GROUP; SUTTER MEDICAL FOUNDATION; SUTTER DAVIS HOSPITAL; ZOE TILTON, M.D.; HENRY KING, M.D.; VICTOR TUBBESING, M.D.; and DOES 1 through 100, inclusive, | |
14 | | |
15 | | |
16 | | |
   | Defendants. | |
17 | | |
18 | SUTTER VALLEY HOSPITALS dba SUTTER DAVIS HOSPITAL, | |
19 | | |
   | Cross-Complainant, | |
20 | | |
   | v. | |
21 | | |
   | THE UNITED STATES, | |
22 | | |
   | Cross-Defendants. | |
23

24        Based on the parties' stipulation and good cause appearing, the court hereby approves the

25 parties' stipulation for a one month continuance of the deadlines in this case. Accordingly, it is ordered:

26        1. The United States' reply to Sutter's opposition to the motion to dismiss is now due on

27           December 4, 2025; and

28

Order Continuing Deadlines                                                                               1
*C.Y., a minor, et al. v. Sutter Medical Group*

2. The hearing on the Motion to Dismiss (Docket #11) and the Scheduling Conference is continued to **January 5, 2026 at 1:30 p.m.** An updated joint status report shall be filed no later than **December 22, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed May 13, 2025 (Docket No. 3).

If Congress has not restored appropriations to the Department by Thanksgiving, the Court understands that counsel may need to request additional extensions, including on other impacted deadlines in this case.

IT IS SO ORDERED.

Dated: October 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE