1  ERIC GRANT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for the United States

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  C.Y., a minor, by and through his Guardian ad Litem, BRIDGET YOUNG, | CASE NO. 2:25-cv-1351 WBS JDP |
| 12              Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND THE UNITED STATES' REPLY BRIEF DEADLINE FROM DECEMBER 3 UNTIL DECEMBER 16, 2025 |
| 13  v. | |
| 14  SUTTER MEDICAL GROUP; SUTTER MEDICAL FOUNDATION; SUTTER DAVIS HOSPITAL; ZOE TILTON, M.D.; HENRY KING, M.D.; VICTOR TUBBESING, M.D.; and DOES 1 through 100, inclusive, | |
| 17              Defendants. | |
| 18  SUTTER VALLEY HOSPITALS dba SUTTER DAVIS HOSPITAL, | |
| 20              Cross-Complainant, | |
| 21  v. | |
| 22  THE UNITED STATES, | |
| 23              Cross-Defendants. | |

24      Based on the parties' stipulation and good cause appearing, the court hereby approves the
25  parties' stipulation for a continuance of the deadlines in this case. Accordingly, it is ordered:
26      1. The United States' reply to Sutter's opposition to the motion to dismiss is now due on
27         December 16, 2025; and
28

Order re Stipulation for EOT on U.S. Reply          1
*C.Y., et al. v. Sutter Medical Group v. U.S.*, 2:25-cv-1351 WBS JDP

2. The hearing on the motion and scheduling conference will remain on January 5, 2026, at 1:30 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:  November 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE